IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DARRON J. MURPHY, SR.,

Petitioner,

vs.                                                          Case No. 14-cv-189-DRH-CJP

FRANCISCO J. QUINTANA,

Respondent.

## ORDER

**HERNDON, Chief Judge:**

This matter is before the Court on petitioner's Motion for "an Injunction to Halt and Prevent Any Unwarranted Transfer of Petitioner Darron J. Murphy, Sr." (Doc. 16).

Respondent recently notified the Court that the BOP intends to transfer petitioner to FMC Lexington due to his medical condition. Such a transfer would not deprive the Court of subject-matter jurisdiction. See, *Harris v. Warden*, 425 F.3d 386, 388 (7th Cir. 2005). Respondent explicitly waived the issue of personal jurisdiction. See, Doc. 8.

Petitioner disagrees with the notion that his medical condition warrants a transfer. He perceives this as a "ruse" and an attempt to obstruct justice. He asks the Court to investigate the situation and to issue an injunction preventing his transfer.

This Court has no basis on which to take the actions requested by petitioner. "It is well settled that the decision where to house inmates is at the

core of prison administrators' expertise." *McKune v. Lile*, 122 S.Ct. 2017, 2027 (2002). The decision to transfer petitioner in the circumstances presented here is not subject to judicial review.

Petitioner's Motion (Doc. 16) is **DENIED**.

**IT IS SO ORDERED.**

Signed this 15th day of April, 2014.

Digitally signed by
David R. Herndon
Date: 2014.04.15
12:27:49 -05'00'

**Chief Judge**
**U.S. District Court**