**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**DARRON J. MURPHY, SR.,**

   **Petitioner,**

  -vs-

**FRANCISCO J. QUINTANA**
*Warden*,

   **Respondent.**        **No. 14-cv-189-DRH**

**JUDGMENT IN A CIVIL CASE**

   **DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

   **IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on August 8, 2014 (Doc.28), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DISMISSED with prejudice.**

       **JUSTINE FLANAGAN,
ACTING CLERK OF COURT**

       BY: __s/*Caitlin Fischer*_____
        **Deputy Clerk**

**DATED:** August 8, 2014

Digitally signed by
David R. Herndon
Date: 2014.08.08
13:32:14 -05'00'

**APPROVED:**
   **CHIEF JUDGE
   U. S. DISTRICT COURT**